

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2013

No. 04-11-00810-CV

Laura **CASTILLO** and Armando Castillo, Sr., Individually and as Representatives of the Estate of Armando Castillo, Jr.,
Appellants

v.

**FORD MOTOR COMPANY,**
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 09-03-11947-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Appellant's unopposed motion for extension of time to file motion for rehearing and rehearing en banc is hereby GRANTED. Time is extended to May 3, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court